IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| McKINLEY, INC. </br></br> Plaintiff, </br></br> v. </br></br> SS MANAGEMENT GROUP, INC </br> DAVID ASH, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) No.1:12-cv-0299 SEB-MJD </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Defendants, SS Management Group, Inc., et. al.., by and through their attorney Jennifer L. Graham, file this Answer, Affirmative Defenses and Counterclaim.

### ANSWER

1. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

2. Admit.

3. Admit in part, deny in part. Defendant does manage several properties in Indiana.

4. Admit.

5. Admit. His proper last name is Ashamalla.

6. Admit.

7. Admit.

8. Deny.

9. Deny.

10. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

11. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

12. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

13. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

14. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

15. Admit.

16. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

17. Admit.

18. Admit.

19. Admit.

20. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

21. Deny.

22. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

23. Admit.

24. Admit.

25. Admit.

26. Admit.

27. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

28. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

29. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

30. Deny.

31. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

32. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

33. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

34. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

35. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

36. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

52. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

53. Deny

54. Deny

55. Deny

56. Deny

57. Deny

58. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

59. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

60. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

61. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

62. Deny

63. Admit

64. Admit

65. Admit

66. Admit

67. Admit

68. Deny

69. Deny

70. Deny

71. Deny

72. Admit

73. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

74. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

75. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

76. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

77. Deny

78. Deny

79. Deny

80. Deny

81. Deny

82. Deny

83. Deny

84. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

85. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

86. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

87. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

88. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

89. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

90. Deny

91. Deny

92. Deny

93. Deny

94. Deny

95. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

96. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

97. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

98. Deny

99. Deny

100. Deny

101. Deny

102. Deny

103. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

104. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

105. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

106. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

107. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

108. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

109. Deny

110. Deny

111. Deny

112. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

113. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

114. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

115. Deny

116. Deny

117. Deny

118. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

119. Defendant neither admits nor denies the allegation but leaves Plaintiff to its proof.

120. Deny.

121. Deny.

122. Deny

123. Deny

## AFFIRMATIVE DEFENSES

3. Plaintiff acted recklessly in the mismanagement of Defendant's properties causing great diminution to the value of the properties.

4. Plaintiff acted willfully and wantonly in the mismanagement of Defendant's properties causing great diminution to the value of the properties.

## COUNTERCLAIM

1. McKinley was entrusted with the proper management of the properties.

2. McKinley's trust was placed by the Trustee acting in his representative capacity of the estate.

3. McKinley violated that trust including but not limited to the following:

   A: Failing to maintain the common elements of the properties;

   B: Failing to maintain the properties' rental units;

   C: Failing to repair the properties when they knew of the need and were authorized to repair the properties;

   D. Committed waste on the properties;

   E. Charged for services it did not perform;

   F. Took steps to move out tenants that had valid leases;

   G. Failed to rent apartments that were available for rent;

   F. Mischaracterized financial statements to the Receiver.

4. McKinley's actions caused substantial harm to the value of the property.

5. McKinley is liable to Defendant for those damages.

WHEREFORE, Defendant prays the Court enter a judgment in favor of Defendant to compensate Defendant for said loss, including its attorneys fees as well as any other remedy the Court deems just.

Respectfully submitted,

/ss/Jennifer L. Graham
Jennifer L. Graham, 8323-49

## CERTIFICATE OF SERVICE

I herby certify that a copy of the foregoing was served by the Court's electronic service system on this 20th day of March 2012.

Pfenne P. Cantrell:  pcantrell@k-glaw.com
KIGHLINGER & GRAY, LLOP

Daniel W. Linna Jr.:  dlinna@honigman
HONIGMAN MILLER SCHWARTZ AND COHN LLP

/ss/Jennifer L. Graham
Jennifer L. Graham, 8323-49